UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jeromy Oelker, | Case No. 2:25-cv-01589-CDS-BNW |
| Plaintiff | **Order Adopting Magistrate Judge's Report and Recommendation** |
| v. | |
| State of Idaho, et al., | [ECF No. 4] |
| Defendants | |

Plaintiff Jeromy Oelker filed an application to proceed *in forma pauperis* alongside a complaint seeking to "transfer and forward" cases to the U.S. Court of Appeals for the Ninth Circuit. Compl., ECF Nos. 1, 1-1. United States Magistrate Judge Brenda Weksler screened Oelker's complaint, then issued a report and recommendation (R&R). R&R, ECF No. 4. The R&R recommends that I dismiss Oelker's complaint because, rather than stating a new cause of action, it instead seeks to appeal the decisions in case numbers 2:25-cv-00427-JAD-BNW and 2:25-cv-00528-JAD-DJA. *Id.* at 2.

Oelker had until October 22, 2025, to file any objections to the R&R. *Id.* at 3 (citing Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). To date, Oelker has neither objected nor requested more time to do so. As no objection is filed, I adopt the R&R in full and dismiss this action with prejudice.[1]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 4] is accepted and adopted** in its entirety. This action is now dismissed with prejudice. The Clerk of Court is kindly instructed to close this case.

Dated: October 24, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).